## STATE OF CONNECTICUT *v.* PATRICK KENNEDY

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 576, is denied.

*Gail A. Heller,* deputy assistant public defender, in support of the petition.

*Irving A. Aronson,* assistant state's attorney, in opposition.

Decided April 15, 1988

## STANLEY V. TUCKER *v.* HARTFORD ELECTRIC LIGHT COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 825, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Barbara B. Sacks, William J. Melley III* and *Karen P. Blado,* in opposition.

Decided April 15, 1988

## IN RE SABA P.

The respondent's petition for certification for appeal from the Appellate Court, 13 Conn. App. 605, is denied.

*Conrad Ost Seifert,* in support of the petition.

*Judith Merrill Earl,* assistant attorney general, in opposition.

Decided April 21, 1988